# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1137.  NED JACKSON v. THE STATE.**

In August 2016, Ned Jackson pled guilty to felony obstruction of an officer, interference with government property, and giving a false name to a law enforcement officer, and the trial court imposed a sentence that included a period of probation. Between December 2016 and February 2017, Jackson filed several notices of appeal, seeking review of multiple trial court orders revoking his probation.  We lack jurisdiction.

An appeal from an order revoking probation must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (5), (b); see *Andrews v. State*, 276 Ga. App. 428, 430-431 (1) & n. 3 (623 SE2d 247) (2005).  "Compliance with the discretionary appeals procedure is jurisdictional."  *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Jackson's failure to follow the proper procedure deprives us of jurisdiction to review any of the orders revoking his probation.  Consequently, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/12/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*